Penn Dairies, Inc., Appellant, *v.* Milk Control
Commission of Commonwealth of Pennsylvania.

Argued May 11, 1942. Before SCHAFFER, C. J.;
MAXEY, DREW, LINN, STERN, PATTERSON and PARKER, JJ.

*Harris C. Arnold,* with him *Owen P. Bricker,* of
*Arnold & Bricker,* for appellant.

*Enoch E. Ellison,* with him *Francis M. Shea,* Assist-
ant Attorney General, *Sidney J. Kaplan,* Special Assist-
ant Attorney General, *Gerald A. Gleeson* and *J. Barton
Rettew, Jr.,* for intervenor.

*Frank E. Coho,* Deputy Attorney General, with him
*Claude T. Reno,* Attorney General, for appellee.

PER CURIAM, May 25, 1942:
These appeals are from the judgments of the Supe-
rior Court, which affirmed an order of the Court of Com-
mon Pleas of Lancaster County. We have carefully con-

636

sidered each question raised and find that they were all correctly and ably disposed of by the learned Superior Court. It would be idle repetition to restate the facts and law of the case. We therefore affirm the judgments on the comprehensive opinion of Judge KENWORTHEY, reported in 148 Pa. Superior Ct. 261.

Judgments affirmed.